UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BRANDON SCOTT LAVERGNE**<br>D.O.C. # 424229 | : | **DOCKET NO. 14-cv-2805**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE WALTER** |
| **N. BURL CAIN** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. #84], determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record [Doc. #85];

**IT IS ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE**, and that no certificate of appealability be granted.

THUS DONE in Chambers this 26 day of April, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE